# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:
    KEVIN C WILLIAMS

Chapter 13 Bankruptcy Case

Case No. 11-24658-GMH

Soc. Sec. No. XXX-XX-2203

## CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETION OF PLAN

    The Trustee's Office has verified that the debtor(s) in the above referenced bankruptcy case has made all plan payments and have complied with all requirements as stated in the Order Confirming the Chapter 13 Plan.

Yes __X__ No ____ KEVIN C WILLIAMS has provided the certifications contained in form B283 regarding 11 U.S.C. Sections 1328(a) and 1328(h)

Yes __X__ No ____ KEVIN C WILLIAMS is eligible for a discharge under 11 U.S.C. § 1328 (f).

    The Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the debtor(s) in the above referenced case have been accounted for and no outstanding payments remain. The case will remain open pending receipt of the Trustee's Final Report and Account.

    Dated at Oshkosh, Wisconsin, on June 26, 2017

/s/_____
Rebecca R. Garcia
Chapter 13 Trustee
PO Box Box 3170
Oshkosh, WI 54903
(920) 231-2150

cc: KEVIN C WILLIAMS