Phone: 920.231.2150  
Fax: 920.231.5713  
E-Mail info@ch13oshkosh.com  
Website: www.ch13oshkosh.com

**REBECCA R. GARCIA**  
**Chapter 13 Trustee in Bankruptcy**  
**EASTERN DISTRICT OF WISCONSIN**  
**P O Box 3170**  
**Oshkosh, WI 54903-3170**

March 9, 2018

Clerk, U.S. Bankruptcy Court  
Eastern District of Wisconsin  
514 East Wisconsin Avenue  
Milwaukee, WI 53202

FILED MAIL

MAR 12 2018

US BANKRUPTCY COURT  
EASTERN DISTRICT OF WI

**Re: Unclaimed Funds**

Dear Unclaimed Court:

Enclosed please find our check # 552265 in the amount of $2,163.35 which is being sent to you as unclaimed funds. These funds are from:

| Case Number | Debtor 1 | Debtor 2 | Amount |
|---|---|---|---|
| 11-24658-GMH | KEVIN C WILLIAMS | | $2,163.35 |

The Creditor, CITIMORTGAGE INC, notified us the account has transferred and they are no longer servicing account. Our office has made attempts to contact the creditor to have a transfer of claim filed, but have had no luck. Therefore, we are sending the unclaimed funds to you. The last address we had for CITIMORTGAGE INC is P O BOX 688971 DES MOINES, IA 50368

Sincerely,

The Office of Rebecca R Garcia  
Chapter 13 Bankruptcy Trustee

Enclosure: Check #552265