UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                              Case No. 11-24658-GMH

KEVIN C WILLIAMS

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Rebecca R. Garcia, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/01/2011.

2) The plan was confirmed on 08/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/03/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/15/2017.

6) Number of months from filing to last payment: 75.

7) Number of months case was pending: 85.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,130.00.

10) Amount of unsecured claims discharged without payment: $91,531.10.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $201,494.48 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$201,494.48**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $107,878.07 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $10,047.59 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$117,925.66**

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SYSTEMS | Unsecured | 202.72 | 412.08 | 412.08 | 59.60 | 0.00 |
| ADT SECURITY SYSTEMS | Unsecured | NA | 1,345.01 | 1,345.01 | 194.54 | 0.00 |
| AT&T | Unsecured | 65.76 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | OTHER | NA | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | OTHER | NA | NA | NA | 0.00 | 0.00 |
| BLOMMER PETERMAN SC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| Broadview Security | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Unsecured | 0.00 | 14,973.72 | 14,973.72 | 2,165.80 | 0.00 |
| CITIMORTGAGE INC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| City of Milwaukee Municipal Court | Unsecured | 192.80 | NA | NA | 0.00 | 0.00 |
| CITY OF MILWAUKEE TREASURER | Secured | 6,515.00 | 6,512.43 | 38,064.31 | 38,064.31 | 28,167.41 |
| City of Milwaukee Water Works | Unsecured | 2,253.03 | NA | NA | 0.00 | 0.00 |
| City of Milwaukee Water Works | Unsecured | 221.66 | NA | NA | 0.00 | 0.00 |
| CSM HOSPITALS | Unsecured | 25.00 | 2,675.38 | 2,675.38 | 386.97 | 0.00 |
| CUMMISFORD ACEVEDO AND ASSO | OTHER | NA | NA | NA | 0.00 | 0.00 |
| ESSERLAW LLC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 40,816.00 | 41,024.44 | 41,024.44 | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | NA | 4,418.62 | 4,418.62 | 4,418.62 | 0.00 |
| GE Money Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GRAY AND ASSOCIATES LLP | OTHER | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 12,588.69 | 1,164.94 | 686.54 | 686.54 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 13,334.67 | 13,346.71 | 1,930.47 | 0.00 |
| JOHNSON BLUMBERG AND ASSOC L | OTHER | NA | NA | NA | 0.00 | 0.00 |
| KCA Financial | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Kenyetta Clay | Priority | 278.00 | NA | NA | 0.00 | 0.00 |
| Lakeshore Medical Clinic | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| Lakeshore Medical Clinic | Unsecured | 2,008.00 | NA | NA | 0.00 | 0.00 |
| Lakeshore Medical Clinic, ltd. | OTHER | NA | NA | NA | 0.00 | 0.00 |
| Medical College Physicians | Unsecured | 1,026.58 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Medical College Physicians | Unsecured | 1,027.00 | NA | NA | 0.00 | 0.00 |
| Milwaukee Health Services, Inc. | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| MILWAUKEE MUNICIPAL COURT | Unsecured | 780.00 | 972.80 | 972.80 | 140.71 | 0.00 |
| Milwaukee Nephrologists | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| MILWAUKEE WATER WORKS | Unsecured | 2,405.45 | 4,564.32 | 4,564.32 | 0.00 | 0.00 |
| Misra, Virendra K, M.D. | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 1,676.00 | 1,907.00 | 1,907.00 | 275.83 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 106,377.00 | 40,327.20 | 40,327.20 | 5,832.67 | 0.00 |
| OCWEN LOAN SERVICING LLC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| ONEWEST BANK | OTHER | NA | NA | NA | 0.00 | 0.00 |
| Paratech Ambulance Service | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| Presidio Square Apartments | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROBER AND RAPHAEL A LAW CORP | OTHER | NA | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS INC | Unsecured | 23,794.00 | 1,727.56 | 1,727.56 | 249.87 | 0.00 |
| ROBERTSON ANSCHUTZ & SCHNEID | OTHER | NA | NA | NA | 0.00 | 0.00 |
| SETERUS INC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | OTHER | NA | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | 182,467.00 | 59,160.52 | 205,198.26 | 0.00 | 0.00 |
| SPRINT BANKRUPTCY | OTHER | NA | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 412.02 | 412.02 | 412.02 | 59.59 | 0.00 |
| St. Jospeh's Emergency Physicians | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| We Energies | Unsecured | 506.95 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Unsecured | 3,945.00 | 6,470.46 | 6,470.46 | 935.89 | 0.00 |
| WEINSTEIN AND RILEY PS | OTHER | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Weiss Berzowski Brady, LLP | Unsecured | 3,671.00 | NA | NA | 0.00 | 0.00 |
| Wheaton Franciscan Medical Group | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| WI SUPPORT COLLECTIONS TRUST | Priority | 684.54 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVENUE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPT OF REVENUE | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| Wisconsin Radiology Spec. | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $246,222.70 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $42,482.93 | $42,482.93 | $28,167.41 |
| **TOTAL SECURED:** | **$288,705.63** | **$42,482.93** | **$28,167.41** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $686.54 | $686.54 | $0.00 |
| **TOTAL PRIORITY:** | **$686.54** | **$686.54** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$89,134.26** | **$12,231.94** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $117,925.66 |
| Disbursements to Creditors | $83,568.82 |
| **TOTAL DISBURSEMENTS** : | **$201,494.48** |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/01/2018        By: /s/ Rebecca R. Garcia
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**